benefit of its provisions which would lessen his minimum sentence. We affirm the judgment of the lower court, and remand this cause to the circuit court of Cook County for proper resentencing. *People v. Harvey* (1973), 53 Ill.2d 585, 294 N.E.2d 269.

Affirmed and remanded with directions.

STAMOS, P. J., and LEIGHTON, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* EZELL O. JENKINS, Petitioner-Appellant.

(No. 56870;

First District (2nd Division)—June 12, 1973.

PER CURIAM.

DOWNING, J., took no part.

Gerald W. Getty, Public Defender, of Chicago, (John E. Hughes and James J. Doherty, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and William D. Wolter, Assistant State's Attorneys, of counsel,) for the People.